United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 24-51210-KMS

Kirstin Dominique Waldrop  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2
Date Rcvd: Sep 10, 2025      Form ID: ntcdsm      Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kirstin Dominique Waldrop, 7853 Hwy 35, Bassfield, MS 39421-9591 |
| 5411098 | | Babers Leasing, 926 Highway 13, Columbia, MS 39429 |
| 5411099 | + | Community Bank of Mississippi, PO Box 265, Laurel, MS 39441-0265 |
| 5411102 | + | First Progress, Attn: Bankruptcy, Po Box 9053, Johnson City, TN 37615-9053 |
| 5411103 | + | Hancock Whitney, PO Box 211269, Montgomery, AL 36121-1269 |
| 5411104 | + | Prentiss Financial, Po Box 1799, Prentiss, MS 39474-1799 |
| 5411105 | + | Priority One, Pob 516, Magee, MS 39111-0516 |
| 5411108 | + | Trustmark Bank, 103 Pinola Dr SW, Magee, MS 39111-3902 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Sep 10 2025 19:27:13 | 21st Mortgage Corporation, c/o Edward E. Lawler, Jr., P.O. Box 2488, Ridgeland, MS 39158-2488 |
| 5411096 | | Email/Text: ebn@21stmortgage.com | Sep 10 2025 19:35:00 | 21st Mortgage Corporation, P.O. Box 477, Knoxville, TN 37901 |
| 5411097 | + | Email/Text: sbridwell@arscollections.com | Sep 10 2025 19:35:00 | Advance Recovery, PO Box 321472, Flowood, MS 39232-1472 |
| 5411100 | + | EDI: CCS.COM | Sep 10 2025 23:25:00 | Credit Collection, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5411101 | + | EDI: AMINFOFP.COM | Sep 10 2025 23:25:00 | First Premier Bank, 3820 N. Louise Ave, Sioux Falls, SD 57107-0145 |
| 5438652 | + | Email/Text: bankruptcy@towerloan.com | Sep 10 2025 19:35:00 | First Tower Loan, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5413324 | | Email/Text: LossMitREBankruptcy@HancockWhitney.com | Sep 10 2025 19:35:00 | Hancock Whitney Bank, 2510 14th Street, Gulfport, MS 39501 |
| 5411106 | | Email/Text: newbk@Regions.com | Sep 10 2025 19:35:00 | Regions Bank, PO Box 10063, Birmingham, AL 35202-0063 |
| 5411107 | | Email/Text: bankruptcy@towerloan.com | Sep 10 2025 19:35:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5433911 | + | EDI: AIS.COM | Sep 10 2025 23:25:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Sep 10, 2025 | Form ID: ntcdsm | Total Noticed: 18 |

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2025                Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Edward E. Lawler, Jr. | on behalf of Creditor 21st Mortgage Corporation elawler@mckaylawler.com  kfriday@mckaylawler.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Kirstin Dominique Waldrop trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

Form ntcdsm (Rev. 12/23)

## UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.: 24−51210−KMS
Chapter: 13

In re:
    Kirstin Dominique Waldrop
    fka Kirsten Dominique Prunera
    7853 Hwy 35
    Bassfield, MS 39421

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
    xxx−xx−6700

Employer Tax Identification No(s). (if any):

### Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on September 10, 2025.

Dated: 9/10/25

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790