United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 24-51210-KMS
Kirstin Dominique Waldrop     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Sep 10, 2025     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2025:**

**Recip ID     Recipient Name and Address**
db     + Kirstin Dominique Waldrop, 7853 Hwy 35, Bassfield, MS 39421-9591

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 12, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2025 at the address(es) listed below:

**Name     Email Address**

David Rawlings
    ecfnotices@rawlings13.net sduncan@rawlings13.net

David Rawlings
    on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net

Edward E. Lawler, Jr.
    on behalf of Creditor 21st Mortgage Corporation elawler@mckaylawler.com kfriday@mckaylawler.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Kirstin Dominique Waldrop trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

District/off: 0538-6 User: mssbad Page 2 of 2
Date Rcvd: Sep 10, 2025 Form ID: pdf012 Total Noticed: 1
TOTAL: 5



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 10, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                       BANKRUPTCY CASE NO.
KIRSTIN DOMINIQUE WALDROP         24-51210 KMS

## FINAL ORDER OF DISMISSAL

THIS CAUSE CAME ON FOR CONSIDERATION for a Final Order of Dismissal, pursuant to a previous Order (DK#43), and the Court, being fully advised in the premises does hereby find and Order as follows:

THAT, pursuant to the Agreed Order entered by this Court on January 15, 2025, the Debtor was Ordered by the Court to keep his/her plan payments current.

THAT, Debtor has failed to keep his/her plan payments current.

THIS Chapter 13 proceeding is hereby dismissed.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net